# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135240 & (67)

LAWRENCE KWASNIEWSKI, III,
Personal Representative of the Estate
of LAWRENCE KWASNIEWSKI, JR.,
      Plaintiff-Appellant
      Cross-Appellee,

v

      SC: 135240
      COA: 268774
      Wayne CC: 04-401893-NH

STEVEN D. HARRINGTON, M.D., and
SOUTHEASTERN MICHIGAN CARDIAC
SURGEONS, P.C.,
      Defendants,
and

ST. JOHN HOSPITAL AND MEDICAL
CENTER,
      Defendant-Appellee
      Cross-Appellant.
_____/

      On order of the Court, the application for leave to appeal the July 3, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would reverse the judgment of the Court of Appeals and remand this case to the trial court for further proceedings.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2008

Clerk

d0924